Matter of Johnson v Annucci (2018 NY Slip Op 06609)





Matter of Johnson v Annucci


2018 NY Slip Op 06609


Decided on October 4, 2018


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: October 4, 2018

526449

[*1]In the Matter of ANTON JOHNSON, Petitioner,
v
ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Calendar Date: August 6, 2018

Before: Garry, P.J., McCarthy, Lynch, Clark and Aarons, JJ.


 Anton Johnson, Ogdensburg, petitioner pro se.
Barbara D. Underwood, Attorney General, Albany (Owen Demuth of counsel), for respondent.



MEMORANDUM AND JUDGMENT
Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.
Determination confirmed. No opinion.
Garry, P.J., McCarthy, Lynch, Clark and Aarons, JJ., concur.
ADJUDGED that the determination is confirmed, without costs, and petition dismissed.